**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR EN BAN RECONSIDERAION

Appellate case name:      City of Houston and Annise D. Parker **V.** Phillip Paul Bryant and James Scarborough

Appellate case number:    01-16-00273-CV

Trial court case number:  2015-69353

Trial court:              333rd District Court of Harris County

Date motion filed:        January 27, 2017

Party filing motion:      City of Houston

It is ordered that the motion for en banc reconsideration is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ Evelyn V. Keyes
            ☐ Acting Individually ☒ Acting for the Court

The en banc court consists of: Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Huddle, and Lloyd.

Date:  May 2, 2017